```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CENTRAL TRANSPORT, LLC, et al.   :     CIVIL ACTION
                                 :
     v.                          :
                                 :
ATLAS TOWING, INC., et al.       :     NO. 11-7602
```

ORDER

AND NOW, this 1st day of August, 2012, upon consideration of plaintiffs Central Transport, LLC ("Central") and GLS Leasco, Inc.'s ("GLS's") complaint (docket entry # 1), defendants Atlas Towing, Inc. ("Atlas") and Robert N. Wotring's ("Wotring's") motion to dismiss the complaint (docket entry # 5), and plaintiffs' response in opposition thereto (docket entries # 7 and 8), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

      1.   Defendants' motion to dismiss the complaint (docket entry # 5) is GRANTED IN PART;

      2.   Counts II, IV, V, and VI of plaintiffs' complaint (docket entry # 1) are DISMISSED;

      3.   All claims against defendant Wotring in plaintiffs' complaint are DISMISSED; and

       4.  By August 13, 2012, defendants shall FILE an answer to the complaint along with any counterclaims.

                                        BY THE COURT:

                                      __\s\Stewart Dalzell